■ WILL FALLER, Respondent, v SCALI, MCCABE, SLOVES, INC., Appellant, et al., Defendants. (And a Third-Party Action.) [603 NYS2d 469] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered April 1, 1993, which denied defendant-appellant's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

In this action for damages brought by a photographer for the loss of his photo transparencies against the advertising agency that sought to return them by private courier, the IAS Court found a "question of fact involving whether there should have been insurance". We affirm, but for the different reason that a bailment for hire having been created when the transparencies were initially entrusted to appellant, an issue of fact exists whether appellant failed to exercise reasonable care in safeguarding the property *(see, Nierenberg v Wursteria, Inc.,* 189 AD2d 571, *lv denied* 82 NY2d 651; *Aronette Mfg. Co. v Capitol Piece Dye Works,* 6 NY2d 465, 468). Concur—Sullivan, J. P., Carro, Ellerin, Kassal and Nardelli, JJ.